B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida, Tampa Division

In re    **Batista J. Madonia, Sr.**
**Evelyn M. Madonia**

Case No.    **8:13-bk-2895**

Debtor(s)      Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Bell Irrigation, Inc<br>1920 Meadowbrook Dr<br>Cairo, GA 39828 | Bell Irrigation, Inc<br>1920 Meadowbrook Dr<br>Cairo, GA 39828 | | Contingent<br>Disputed | 1,139,084.21 |
| Georgia Pacific Corp<br>P O Box 102574<br>Atlanta, GA 30368-0574 | Georgia Pacific Corp<br>P O Box 102574<br>Atlanta, GA 30368-0574 | | Contingent | 443,188.28 |
| East Coast Agri-Technologies, Inc.<br>3164 Gov Moore Road<br>Clinton, NC 28328 | East Coast Agri-Technologies, Inc.<br>3164 Gov Moore Road<br>Clinton, NC 28328 | | Contingent<br>Disputed | 220,649.00 |
| Farmore High IQ<br>1293 Harkins Road<br>Salinas, CA 93901 | Farmore High IQ<br>1293 Harkins Road<br>Salinas, CA 93901 | | Contingent<br>Disputed | 196,741.72 |
| Doug Smith Machinery, Inc<br>Attn: Doug Smith, President<br>25975 SW 182nd Avenue<br>Homestead, FL 33031 | Doug Smith Machinery, Inc<br>Attn: Doug Smith, President<br>25975 SW 182nd Avenue<br>Homestead, FL 33031 | | Contingent<br>Disputed | 153,052.00 |
| Farm Plan<br>P O Box 4450<br>Carol Stream, IL 60197 | Farm Plan<br>P O Box 4450<br>Carol Stream, IL 60197 | | Contingent | 138,253.80 |
| Bellagio, Inc.<br>c/o Steven Davis, Esq.<br>121 Alhambra Plaza, 10th Floor<br>Coral Gables, FL 33134 | Bellagio, Inc.<br>c/o Steven Davis, Esq.<br>121 Alhambra Plaza, 10th Floor<br>Coral Gables, FL 33134 | | Disputed | 121,670.43 |
| McCarron & Diess Inc<br>4530 Wisconsin Ave NW, Ste 301<br>Washington, D. 20016 | McCarron & Diess Inc<br>4530 Wisconsin Ave NW, Ste 301<br>Washington, D. 20016 | | Contingent<br>Disputed | 87,789.62 |
| Roggen Enterprises<br>2840 Security Lane<br>Lakeland, FL 33803 | Roggen Enterprises<br>2840 Security Lane<br>Lakeland, FL 33803 | | Contingent | 87,173.05 |
| John H Raines III, P.A.<br>501 E Kennedy Blvd, Suite 750<br>Tampa, FL 33602-5257 | John H Raines III, P.A.<br>501 E Kennedy Blvd, Suite 750<br>Tampa, FL 33602-5257 | | Contingent | 86,383.80 |
| Neff Rental Inc<br>P O Box 405138<br>Atlanta, GA 30384-5138 | Neff Rental Inc<br>P O Box 405138<br>Atlanta, GA 30384-5138 | | Contingent<br>Disputed | 83,909.54 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Batista J. Madonia, Sr.**
**Evelyn M. Madonia**
Debtor(s)

Case No.   **8:13-bk-2895**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| John Deere Financial, FSB c/o Bernstein Law Firm, P.C. 707 Grant St., Ste# 2200, Gulf Tower Pittsburgh, PA 15219 | John Deere Financial, FSB c/o Bernstein Law Firm, P.C. 707 Grant St., Ste# 2200, Gulf Tower Pittsburgh, PA 15219 | | Contingent | 78,769.31 |
| MSA, P.C. 5033 Rouse Dr Virginia Beach, VA 23462-3708 | MSA, P.C. 5033 Rouse Dr Virginia Beach, VA 23462-3708 | | Contingent Disputed | 61,197.82 |
| Zenith Insurance Co 21255, Califa St Woodland Hills, CA 91367-5021 | Zenith Insurance Co 21255, Califa St Woodland Hills, CA 91367-5021 | | Contingent | 52,204.00 |
| Coast Gas Fort Pierce 1001 SO US 1 Fort Pierce, FL 34950-5165 | Coast Gas Fort Pierce 1001 SO US 1 Fort Pierce, FL 34950-5165 | | Contingent | 50,046.71 |
| Heritage Propane 2228 E. Main St. Lakeland, FL 33801 | Heritage Propane 2228 E. Main St. Lakeland, FL 33801 | | Contingent | 50,046.71 |
| Jennings & Associates Ins Inc 308 Elizabeth St Brandon, FL 33509 | Jennings & Associates Ins Inc 308 Elizabeth St Brandon, FL 33509 | | Contingent Disputed | 50,000.00 |
| Airgas USA, LLC fka Airgas South, LLC 3525 Waterfield Road Lakeland, FL 33803 | Airgas USA, LLC fka Airgas South, LLC 3525 Waterfield Road Lakeland, FL 33803 | | Contingent Disputed | 48,743.11 |
| Keen Farm & Grove Service Inc P O Box 203 Parrish, FL 34219 | Keen Farm & Grove Service Inc P O Box 203 Parrish, FL 34219 | | Contingent | 43,887.03 |
| Florida Power & Light Co General MaiLFacility Miami, FL 33188-0001 | Florida Power & Light Co General MaiLFacility Miami, FL 33188-0001 | | Contingent | 43,415.87 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Batista J. Madonia, Sr.**
      **Evelyn M. Madonia**                                                    Case No.   **8:13-bk-2895**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

We, **Batista J. Madonia, Sr.** and **Evelyn M. Madonia**, the debtors in this case, declare under penalty of perjury that we have read the foregoing list and that it is true and correct to the best of our information and belief.

Date   **3/12/13**           Signature   _____
                                            Batista J. Madonia, Sr.
                                            Debtor

Date   **3/12/13**           Signature   _____
                                            Evelyn M. Madonia
                                            Joint Debtor

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.