# MARTIN COUNTY TAX COLLECTOR

### HONORABLE RUTH PIETRUSZEWSKI



FILED VIA MAIL

MAR 21 2013

CLERK, U.S. ...
MIDDLE DI... FLORIDA
TAMP... SION

**Main Office**

3485 SE Willoughby Blvd
Stuart, FL 34994
Phone: 772-288-5600
http://taxcol.martin.fl.us

**Branch Offices**

Indiantown
16550 Warfield Boulevard
Indiantown, FL 34956

Hobe Sound
11734 SE Federal Highway
Hobe Sound, FL 33455

Palm City
3003 S.W.
Martin Downs Boulevard
Palm City, FL 34990

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTHERN FLORIDA

In Re:   Batista J. Madonia Sr           Case No:   8:13-bk-02895-KRM
         Evelyn M. Madonia               A Chapter 11 Case

## NOTICE OF ADDITIONAL CREDITORS

Notice is hereby given by Ruth Pietruszewski as Tax Collector of Martin County that the individual(s) listed below have purchased the pre-petition secured ad-valorem real property tax liens of Martin County by virtue of payment for tax certificates issued by the Tax Collector pursuant to Chapter 197, Florida Statues.

Please See Exhibit A

I hereby certify that a copy of the foregoing has been provided by U.S. first class mail to:

All Certificate Holders
Scott A. Stichter- Debtor's Attorney

_Shanna R. Varady_
Shanna R. Varady
Deputy for Ruth Pietruszewski, Tax Collector

Exhibit A

# Additional Creditors List

| | |
|---|---|
| James Banford<br>2584 SE Ranch Acres Circle<br>Jupiter, FL 33478 | William C or Susan Morse<br>638 Main St<br>Danville, NH 03819 |
| Sophia Banford<br>C/o James Banford<br>2584 SE Ranch Acres Circle<br>Jupiter, FL 33478 | National Tax Asset Group LLC<br>2740 SW Martin Downs Blvd #240<br>Palm City, FL 34990 |
| Capital One Na Coll Assignee<br>For Jamos Fl Fund I, LLC<br>PO Box 43514<br>Cincinnati, OH 45234 | Karl Thomas<br>3075 SE St. Lucie Blvd<br>Stuart, FL 34997 |
| Capital One, NA As Coll Assignee<br>Of Moonstone Lien Inv. LLC<br>PO Box 54350<br>New Orleans, LA 70154-4350 | Ruth Elaine Withee<br>1225 NW 21st St #3408<br>Stuart, FL 34994 |
| CJWRLINK, LLC<br>C/o James Powell<br>PO Box 483<br>Palm City, FL 34991 | |

| Certificate Holders | Cert. #'s | Parcel #'s |
|---|---|---|
| **James Banford** | 2012-1950 | 55-38-41-000-004-00010.8 |
| | 2012-1955 | 55-38-41-000-008-00010.9 |
| | 2012-1962 | 55-38-41-000-014-00030.3 |
| | 2012-1964 | 55-38-41-000-017-00030.6 |
| | 2012-1968 | 55-38-41-000-023-00010.8 |
| | 2012-1971 | 55-38-41-000-025-00030.9 |
| | 2012-1974 | 55-38-41-000-027-00030.5 |
| | 2012-2717 | 12-39-40-000-000-00040.1 |
| **Sophia Banford** | 2012-1961 | 55-38-41-000-014-00010.7 |
| | 2012-1966 | 55-38-41-000-022-00010.0 |
| | 2012-1973 | 55-38-41-000-026-00040.5 |
| | 2012-2691 | 2-39-40-000-050-00000.5 |
| **Capital 1 NA Coll Assignee** | | |
| **For Jamos Fl Fund I, LLC** | 2012-2095 | 16-38-42-007-000-00340.0 |
| **Cap 1, NA As Coll. Assignee** | | |
| **Of Moonstone Lien Inv., LLC** | 2012-1736 | 45-38-41-000-000-00040.1 |
| | 2012-1947 | 55-38-41-000-001-00010.4 |
| | 2012-1948 | 55-38-41-000-002-00010.2 |
| | 2012-1951 | 55-38-41-000-005-00010.5 |
| | 2012-2689 | 2-39-40-000-046-00000.3 |

|  |  |  |
|---|---|---|
|  | 2012-2690 | 2-39-40-000-047-00000.1 |
| **CJWRLINK LLC** | 2012-1957 | 55-38-41-000-010-00010.5 |
|  | 2012-1958 | 55-38-41-000-011-00010.3 |
|  | 2012-1959 | 55-38-41-000-012-00010.1 |
| **William & Susan Morse** | 2012-1742 | 46-38-41-000-000-00011.4 |
|  | 2012-1949 | 55-38-41-000-003-00010.0 |
|  | 2012-1953 | 55-38-41-000-006-00010.3 |
|  | 2012-1956 | 55-38-41-000-009-00010.7 |
|  | 2012-1963 | 55-38-41-000-016-00030.8 |
|  | 2012-2715 | 11-39-40-000-016-00000.7 |
|  | 2012-2716 | 11-39-40-000-016-00010.5 |
| **National Tax Asset Group LLC** | 2011-2542 | 2-39-40-000-061-00000.2 |
| **Karl Thomas** | 2012-1741 | 46-38-41-000-000-00010.5 |
|  | 2012-1952 | 55-38-41-000-005-00040.9 |
|  | 2012-1954 | 55-38-41-000-007-00010.1 |
|  | 2012-1960 | 55-38-41-000-013-00010.9 |
|  | 2012-1965 | 55-38-41-000-017-00050.1 |
|  | 2012-1967 | 55-38-41-000-022-00020.8 |
|  | 2012-1970 | 55-38-41-000-024-00010.6 |
|  | 2012-1972 | 55-38-41-000-026-00030.7 |

|  |  |  |
|---|---|---|
|  | 2012-1975 | 55-38-41-000-027-00050.0 |
|  | 2012-2693 | 2-39-40-000-061-00000.2 |
|  | 2012-2714 | 11-39-40-000-002-00000.7 |
|  | 2012-2718 | 12-39-40-000-011-00000.6 |
| **Ruth E Withee** | 2012-1969 | 55-38-41-000-023-00030.4 |