UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                            Chapter 11

BATISTA J. MADONIA, SR.                           Case No. 8:13-bk-2895-KRM
and  EVELYN M. MADONIA,

     Debtors.
_____/

## DEBTORS' MONTHLY FINANCIAL REPORT FOR
## THE PERIOD OF MARCH 6, 2013 THROUGH MARCH 31, 2013

The Debtors hereby files their Monthly Financial Report in accordance with the

Guidelines established by the United States Trustee and FRBP 2015.


                                */s/ Susan Heath Sharp*
                                Susan Heath Sharp
                                Florida Bar No. 0716421
                                Stichter, Riedel, Blain & Prosser, P.A.
                                110 East Madison Street, Suite 200
                                Tampa, Florida  33602
                                Telephone: (813) 229-0144
                                Facsimile: (813) 229-1811
                                ssharp@srbp.com
                                Attorneys for Debtors

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

| Case Name: Batista J. Madonia, SR. and Evelyn M. Madonia |
|---|
| Case Number: 8:13-bk-2895-KRM |

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month (Household) | $5,485.86 | |
| CASH - Beginning of Month (Business) | $0.00 | |
| | | |
| Total Household Receipts | $11,862.73 | |
| Total Business Receipts | $0.00 | |
| Total Receipts | $11,862.73 | |
| | | |
| Total Household Disbursements | $13,704.42 | |
| Total Business Disbursements | $0.00 | |
| Total Disbursements | $13,704.42 | |
| | | |
| NET CASH FLOW  (Total Receipts minus Total Disbursements) | $4,044.17 | |
| | | |
| CASH - End of Month (Individual) | $4,044.17 | |
| CASH - End of Month (Business) | $0.00 | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | | |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | | |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This ___13_____ day of _May_____ 2013 .

Debtor's Signature

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $5,885.86 | |
| | | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | $0.40 | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | $11,862.33 | |
| | | |
| **TOTAL RECEIPTS** | $11,862.73 | |
| | | |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Bank Fees | $88.00 | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | | |
| Household Repairs & Maintenance | | |
| Insurance | $13,556.42 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | $60.00 | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | | |
| U. S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) | | |
| Inner Company | | |
| | | |
| | | |
| **Total Household Disbursements** | $13,704.42 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement-Attachment No. 2) | $4,044.17 | |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | | X |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY    and    CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**BANK ACCOUNT RECONCILIATIONS**

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 | Account #5 | Account #6 |
|---|---|---|---|---|---|---|
| Name of Bank: | Gulf Shore Bank | SunTrust | TD Bank | Wauchula State Bank | Center State Bank | Florida Bank |
| Account Number: | 1723 | 3677 | 4634 | 7258 | 5241 | 3706 |
| Purpose of Account (Business/Personal) | Personal | Personal | Personal | Personal | Personal | Personal |
| Type of Account (e.g. checking) | Checking | Checking | Money Market | Checking | Checking | Checking |
|  |  |  |  |  |  |  |
| 1.  Balance per Bank Statement | $9.02 | $1,475.35 | $1,407.00 | $1,086.97 | $9.83 | Unknown |
| 2.  ADD:  Deposits not credited (attach list to this report) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4.  Other Reconciling Items (attach list to this report) |  |  |  |  |  |  |
| 5.  Month End Balance (Must Agree with Books) | $9.02 | $1,475.35 | $1,407.00 | $1,086.97 | $9.83 | Unknown |
| TOTAL OF ALL ACCOUNTS |  |  |  |  | $3,988.17 |  |
|  |  |  |  |  |  |  |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| Center State Bank | N/A | Stock | N/A | $84.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Note:  Attach a copy of each investment account statement.

**Household Attachment**

| Cash Receipts | Date | Item | Amount |
|---|---|---|---|
| Interest or Dividend Income | | | |
| | 3/17/2013 | GulfShore | $0.31 |
| | 3/29/2013 | TD Bank | $0.06 |
| | 3/18/2013 | Wauchula Bank | $0.03 |
| **Total** | | | **$0.40** |
| | | | |
| Other (specify) (attach list) | | | |
| | 3/27/2013 | Gulf Shore-Deposit | $10,928.33 |
| | 3/28/2013 | Gulf Shore-Telephone Transfer | $850.00 |
| | 3/29/2013 | Center State-8,400 shares | $84.00 |
| **Total** | | | **$11,862.33** |
| **Grand Cash Receipts Total:** | | | **$11,862.73** |

| Cash Disbursement | Date | Item | Amount |
|---|---|---|---|
| Bank fees | 3/6/2013 | Gulf Shore-Outgoing Wire fee | $18.00 |
| | 3/6/2013 | Gulf Shore-Wire Transfer fee | $10.00 |
| | 3/27/2013 | Gulf Shore-NSF Item Paid Fee | $60.00 |
| **Total** | | | **$88.00** |
| | | | |
| Insurance | 3/26/2013 | Gulf Shore-Blue Cross Florida | $729.69 |
| | 3/26/2013 | Gulf Shore-Blue Cross Florida | $12,826.73 |
| **Total** | | | **$13,556.42** |
| | | | |
| Medical Payments | 3/7/2013 | Gulf Shore-Watson Clinic PA | $60.00 |
| **Total** | | | **$60.00** |
| | | | |
| **Grand Cash Disbursement Total:** | | | **$13,704.42** |

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Gulf Shore Bank |
|---|---|
| Account Number | 1723 |
| Purpose of Account (Personal) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | 3/6/2013 | Gulf Shore Bank | Outgoing Wire Fee | $18.00 |
| | 3/6/2013 | Gulf Shore Bank | Wire Tranfer Fee | $10.00 |
| | 3/7/2013 | Watson Clinic PA | Medical | $60.00 |
| | 3/26/2013 | Blue Cross Florida | Insurance | $729.69 |
| | 3/26/2013 | Blue Cross Florida | Insurance | $12,826.73 |
| | 3/27/2013 | Gulf Shore Bank | NSF Item fee | $60.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $13,704.42 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

04/22/2013  07:27    8632487720                                        PAGE  06



**GulfShoreBank**
401 S FLORIDA AVENUE, SUITE 100
TAMPA, FLORIDA 33602
813-418-3020


**FDIC**

```
***********AUTO**MIXED AADC 076
433 0.6580 MB 0.405    2 15 43
Batista Madonia
Evelyn M Madonia
P O Box 2636
Plant City FL  33564-2636
```

                                          Date   3/15/13      Page   1
                                          Account Number            723
                                          Enclosures                3

                    ---- CHECKING ACCOUNTS ----

```
MainSail Checking                   Number of Enclosures              3
Account Number          3011723     Statement Dates  2/19/13 thru  3/17/13
Previous Balance        294.82-     Days in the statement period    27
   5 Deposits/Credits 79,845.00     Average Ledger               4,222
   9 Checks/Debits    77,703.38     Average Collected            4,222
Service Charge              .00     Interest Earned                .31
Interest Paid              .31      Annual Percentage Yield Earned 0.10%
Ending Balance        1,847.11      2013 Interest Paid             .67
```

|                                        | Total For This Period | Total Year-to-Date |
|----------------------------------------|-----------------------|--------------------|
| Overdraft item fees year to date       | $30.00                | $180.00            |
| Return item fees year to date          | $.00                  | $.00               |

**********************************************************************************

**Deposits and Additions**

| Date | Description | Amount |
|------|-------------|--------|
| 2/19 | per email from rose | 500.00 |
|      | 1009240D-    3011723D |  |
| 2/25 | DEPOSIT - THANK YOU! | 2,500.00 |
| 3/04 | WIRE TRANSFER FROM | 50,000.00 |
|      | DAVID J PAGE |  |
| 3/05 | DEPOSIT - THANK YOU! | 1,845.00 |
| 3/06 | WIRE TRANSFER FROM | 25,000.00 |
|      | DAVID J PAGE |  |
| 3/17 | INTEREST PAID   27 DAYS | .31 |

**********************************************************************************

**Checks and Withdrawals**

| Date | Description | Amount |
|------|-------------|--------|
| 2/19 | NSF ITEM(S) PAID FEE | 30.00 |

Date   3/15/13    ¹Page    2
Account Number          .723
Enclosures              3



MainSail Checking                    3011723   (Continued)

Checks and Withdrawals
| Date | Description | Amount |
|------|-------------|--------|
| 3/04 | PREMIUM    BLUECROSSFLORIDA | 729.69 |
|      | 0000008450        03/04/13 | |
|      | ID #-6655839 | |
|      | TRACE #-021000024984602 | |
| 3/04 | EPAY MOBIL CHASE | 2,281.80 |
|      | 5760039224        03/04/13 | |
|      | ID #-1511038397 | |
|      | TRACE #-021000025378070 | |
| 3/04 | PREMIUM    BLUECROSSFLORIDA | 14,563.89 |
|      | 0000008450        03/04/13 | |
|      | ID #-6655840 | |
|      | TRACE #-021000024984603 | |
| 3/04 | WIRE TRANSFER FEE | 10.00 |
| 3/06 | WIRE TRANSFER TO | 60,000.00 |
|      | Stichter Riedel Blain & Pr | |
| 3/06 | Outgoing Wire Fee | 18.00 |
| 3/06 | WIRE TRANSFER FEE | 10.00 |
| 3/07 | 8636807844 WATSON CLINIC PA | 60.00 |
|      | 1470259040        03/07/13 | |
|      | ID #- | |
|      | TRACE #-104000019166394 | |

*****************************************************************************

Statement Code Summary
Code  Description
-     Overdraft

*****************************************************************************

Daily Balance Information
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/19 | 175.18 | 3/05 | 36,934.80 | 3/17 | 1,847.11 |
| 2/25 | 2,675.18 | 3/06 | 1,906.80 | | |
| 3/04 | 35,089.80 | 3/07 | 1,846.80 | | |

*****************************************************************************

Date    3/15/13        Page      3
Account Number             723
Enclosures                          3

MainSail Checking                    3011723   (Continued)

Interest Rate Summary

2/18                    .10%

Thank you for banking with us.
There are two convenient ways to contact us for assistance:
Please call us at (813)418-3100 or visit our website at www.gulfshorebank.com.



**GulfShoreBank**
401 S FLORIDA AVENUE, SUITE 100
TAMPA, FLORIDA 33602
813-418-3020



```
***********AUTO**MIXED AADC 076
424 0.6580 MB 0.405        2 14 44
Batista Madonia
Evelyn M Madonia
P O Box 2636
Plant City FL  33564-2636
```

| | |
|---|---|
| Date    4/15/13 | Page    1 |
| Account Number | ▆▆▆1723 |
| Enclosures | 3 |

#### ---- CHECKING ACCOUNTS ----

| | | | |
|---|---|---|---|
| Mainsail Checking | | Number of Enclosures | 3 |
| Account Number | 3011723 | Statement Dates  3/18/13 thru  4/15/13 | |
| Previous Balance | 1,847.11 | Days in the statement period | 29 |
| 2 Deposits/Credits | 11,778.33 | Average Ledger | 101 |
| 4 Checks/Debits | 13,625.48 | Average Collected | 101 |
| Service Charge | .00 | Interest Earned | .04 |
| Interest Paid | .04 | Annual Percentage Yield Earned | 0.10% |
| Ending Balance | .00 | 2013 Interest Paid | .71 |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to date | $60.00 | $240.00 |
| Return item fees year to date | $.00 | $.00 |

```
**********************************************************************
```

**Deposits and Additions**

| Date | Description | Amount |
|---|---|---|
| 3/27 | DEPOSIT - THANK YOU! | 10,928.33 |
| 3/28 | TELEPHONE TRANSFER per Barb | 850.00 |
| | 1009240D-    3011723D | |
| 4/09 | CLOSING ENTRY-CREDIT BAL/YTD | .04 |

```
**********************************************************************
```

**Checks and Withdrawals**

| Date | Description | Amount |
|---|---|---|
| 3/26 | PREMIUM    BLUECROSSFLORIDA | 729.69 |
| | 0000008450         03/26/13 | |
| | ID #-1733273 | |
| | TRACE #-021000022911760 | |
| 3/26 | PREMIUM    BLUECROSSFLORIDA | 12,826.73 |
| | 0000008450         03/26/13 | |

MEMBER FDIC                    NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

FORM NO. VS-106



**GULFSHORE BANK**

Date    4/15/13        Page      2
Account Number         1723
Enclosures             3

MainSail Checking                    3011723  (Continued)

Checks and Withdrawals
| Date | Description | Amount |
|------|-------------|--------|
|      | ID #-1733274 |       |
|      | TRACE #-021000022911761 |  |
| 3/27 | NSF ITEM(S) PAID FEE | 60.00 |
| 4/09 | CLOSING ENTRY-ZERO BALANCE | 9.06 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Daily Balance Information
| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 3/18 | 1,847.11 | 3/27 | 840.98- | 4/09 | .00 |
| 3/26 | 11,709.31- | 3/28 | 9.02 |  |  |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Interest Rate Summary

3/17                .10%

Thank you for banking with us!
There are two convenient ways to contact us for assistance:
Please call us at (813)418-3100 or visit our website at www.gulfshorebank.com.

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

| Name of Bank | SunTrust |
|---|---|
| Account Number | 3677 |
| Purpose of Account (Business) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | | Purpose or Description | | Amount |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | | N/A | | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | TOTAL | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

04/22/2013  07:27    8632487720                                    PAGE  09

SUNTRUST BANK                                    Page 1 of 2
P O BOX 622227                                   63/B06/0175/0 /42
ORLANDO FL 32862-2227                            ████████3677
                                                 03/12/2013
                                                 0000


**SUNTRUST**



**Account
Statement**

հահահահահահահահահահահահահահահ
EVELYN M MADONIA                                 Questions? Please call
PO BOX 2636                                      1-800-786-8787
PLANT CITY FL 33564-2636


NEED TO MOVE FUNDS BETWEEN ACCOUNTS? FUNDING A PURCHASE DECISION OR TAX
OBLIGATION? MANAGING YOUR FINANCES SHOULD BE EASY! SIMPLY MOVE MONEY BETWEEN
YOUR ACCOUNTS AT SUNTRUST AND OTHER FINANCIAL INSTITUTIONS. SIGN INTO ONLINE
BANKING, CHOOSE TRANSFERS, THEN EXTERNAL TRANSFERS. LEARN MORE AT SUNTRUST.COM.

| Account Summary | Account Type | Account Number | Statement Period |
|---|---|---|---|
| | FIFTY PLUS CHECKING | ██████3677 | 01/15/2013 - 03/12/2013 |

| Description | Amount | Description | Amount |
|---|---|---|---|
| Beginning Balance | $1,475.35 | Average Balance | $1,475.35 |
| Deposits/Credits | $.00 | Average Collected Balance | $1,475.35 |
| Checks | $.00 | Number of Days in Statement Period | 57 |
| Withdrawals/Debits | $.00 | | |
| Ending Balance | $1,475.35 | | |

| Balance Activity History | Date | Balance | Collected Balance | Date | Balance | Collected Balance |
|---|---|---|---|---|---|---|
| | 03/12 | 1,475.35 | 1,475.35 | | | |


160772                          Member FDIC                  Continued on next page

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | TD Bank |
|---|---|
| Account Number | 4634 |
| Purpose of Account (Business) | Personal |
| Type of Account (e.g., Checking) | Money Market |

| Check Number | Date of Check | Payee | | Purpose or Description | | Amount |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | | N/A | | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL | | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.



## Bank
### America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

163005 06DD1F07 1 100000
BATISTA J MADONIA SR
EVELYN M MADONIA
PO BOX 2636
PLANT CITY FL  33564

Page:                    1 of 2
Statement Period:  Mar 01 2013-Mar 31 2013
Cust Ref #:
Primary Account #:                    4634

**CONVENIENCE IS A CLICK AWAY.**
GET MORE SECURITY, MORE ACCESS TO YOUR STATEMENTS AND LESS CLUTTER WHEN YOU CLICK TO "GO
PAPERLESS." NOW YOU CAN VIEW ALL OF YOUR STATEMENTS ISSUED ON OR AFTER APRIL 2010 FROM YOUR
ONLINE BANKING ACCOUNT. REVIEW AND SAVE THESE STATEMENTS ANYTIME. AND, GET E-MAIL ALERTS WHEN
YOUR NEW STATEMENT IS POSTED. TO LEARN MORE, VISIT WWW.TDBANK.COM/GO-ONLINE

### Choice Money Market
BATISTA J MADONIA SR
EVELYN M MADONIA

Account # 4634

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,406.94 | Average Collected Balance | 1,406.94 |
| Other Credits | 0.06 | Interest Paid this Period | 0.06 |
| | | Interest Paid Year-to-Date | 0.17 |
| Ending Balance | 1,407.00 | Annual Percentage Yield Earned | 0.05% |
| | | Days in Period | 31 |

### DAILY ACCOUNT ACTIVITY
**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 3/29 | INTEREST PAID | 0.06 |
| | Subtotal: | 0.06 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE |
|---|---|
| 2/28 | 1,406.94 |
| 3/29 | 1,407.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

163005 06DD1F07 010827                    V1.8.4lp1-47488

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

| Name of Bank | Wauchula State Bank |
|---|---|
| Account Number | 7258 |
| Purpose of Account (Business) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | | Purpose or Description | | Amount |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | | N/A | | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | TOTAL | | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |

Customer Service: (863) 773-4151
BankLine 24: (800) 407-6782
www.wauchulastatebank.com

**Wauchula State Bank**

Wauchula State Bank
P.O. Box 248
Wauchula, FL 33873

Temp-Return Service Requested

WULA

**PERIODIC STATEMENT**
Date:   Mar 18, 2013
Period: Feb 19, 2013 to Mar 18, 2013
        (28 Days )

002704 0.6200 MB 0.405      TR00014
    BATISTA J MADONIA
    PO BOX 2636
    PLANT CITY, FL 33564-2636

ONLINE ESTATEMENTS ARE A SAFE, SECURE AND FREE WAY TO
RECEIVE YOUR STATEMENTS AND KEEP YOUR FINANCIAL INFORMATION
SECURE. CALL US FOR MORE INFORMATION AT (863) 773-4151
OR VISIT OUR WEBSITE AT WWW.WAUCHULASTATEBANK.COM.

ACCOUNT #: DDA ████████7258

Batista J Madonia Sr
Evelyn M Madonia

Enclosures: 0

| | | Interest Information | |
|---|---|---|---|
| Beginning Balance | | | |
| as of 02/19/13 | 1,086.94 | Interest Paid YTD | 0.11 |
|   Deposits & Other Credits | 0.03 | Interest Earned | 0.03 |
|   Checks & Other Debits | 0.00 | Average Balance | 1,086.94 |
| Ending Balance | | Number of Days | 28 |
| as of 03/18/13 | 1,086.97 | Annual Percentage | |
| | | Yield Earned | 0.04% |

Charges and Fees Related to Overdrafts and Returned Items

```
-------------------------------------------------------------------------
|                       | Total For This Period | Total Year-to-Date |
-------------------------------------------------------------------------
| Total Overdraft Fees: |              0.00 |              0.00 |
-------------------------------------------------------------------------
| Total Returned Items Fees: |         0.00 |              0.00 |
-------------------------------------------------------------------------
```

Transaction Information

| Date  Check# | Description | Amount |
|---|---|---|
| 03/18 | Interest Credit | 0.03 |

Page: 1

WULA-002-002704-001-001-130319 002704 K05
33564263636



Member FDIC                NOTICE: See Reverse side for important information

 Wauchula
State Bank

PERIODIC STATEMENT
BATISTA J MADONIA

Account #: �altered▌17258

Mar 18, 2013

Daily Balance Information

| Date | Balance | | Date | Balance | | Date | Balance |
|------|---------|---|------|---------|---|------|---------|
| 03/18 | 1,086.97 | | | | | | |

Page: 2

NULA-002-002704-001-001-130319 002704   K05

Customer Service: (863) 773-4151
BankLine 24: (800) 407-6782
www.wauchulastatebank.com



**Wauchula State Bank**

Wauchula State Bank
P.O. Box 248
Wauchula, FL 33873

Temp-Return Service Requested

WULA

CLOSING STATEMENT
Date:    Apr 18, 2013
Period:  Mar 19, 2013 to Apr 09, 2013
         (22 Days )

002661 0.6200 MB 0.405        TR00014
    BATISTA J MADONIA
    PO BOX 2636
    PLANT CITY, FL 33564-2636

ONLINE ESTATEMENTS ARE A SAFE, SECURE AND FREE WAY TO
RECEIVE YOUR STATEMENTS AND KEEP YOUR FINANCIAL INFORMATION
SECURE. CALL US FOR MORE INFORMATION AT (863) 773-4151
OR VISIT OUR WEBSITE AT WWW.WAUCHULASTATEBANK.COM.

ACCOUNT #: DDA ███████7258

Batista J Madonia Sr
Evelyn M Madonia
                                                    Enclosures: 1

| | | Interest Information | |
|---|---|---|---|
| Beginning Balance | | | |
| as of 03/19/13 | 1,086.97 | Interest Paid YTD | 0.11 |
| Deposits & Other Credits | 0.00 | Interest Earned | 0.00 |
| Checks & Other Debits | 1,086.97 | Average Balance | 1,086.97 |
| Ending Balance | | Number of Days | 22 |
| as of 04/09/13 | 0.00 | Annual Percentage | |
| | | Yield Earned | 0.00% |

Charges and Fees Related to Overdrafts and Returned Items

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees: | 0.00 | 0.00 |
| Total Returned Items Fees: | 0.00 | 0.00 |

Transaction Information

| Date | Check# | Description | Amount |
|---|---|---|---|
| 04/09 | | Closing Withdrawal | 1,086.97- |

Page: 1

Member FDIC    NOTICE: See Reverse side for important information



04/22/2013  07:27    8632487720                                    PAGE  12

 **Wauchula State Bank**

                                              CLOSING STATEMENT
    Account #: ▓▓▓▓▓▓▓17258                        BATISTA J MADONIA


                                              Apr 18, 2013

    Daily Balance Information

    Date           Balance   |   Date      Balance   |   Date        Balance
    04/09            0.00     |                       |
                                                                  Page: 2

**CASH DISBURSEMENTS DETAILS - HOUSEHOLD**

| Name of Bank | Center State Bank |
|---|---|
| Account Number | 2742 |
| Purpose of Account (Business) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

04/22/2013  12:11   8632487720                                           PAGE   01

BATISTA MADONIA SR &
EVELYN M MADONIA JT TEN
P O BOX 2836
PLANT CITY FL  33564

**CHANGE OF ADDRESS FORM**
CENTERSTATE BANKS, INC.
PLEASE PRINT

NAME                                                    2445

STREET ADDRESS

STREET ADDRESS

CITY, STATE, ZIP CODE

PLEASE MAIL TO :
CONTINENTAL STOCK TRANSFER & TRUST COMPANY
17 BATTERY PLACE - 8TH FLOOR
NEW YORK, NY 10004

ALSO, YOU CAN EMAIL YOUR ADDRESS CHANGE TO:
DIVIDEND @CONTINENTALSTOCK.COM

## CENTERSTATE BANKS, INC.

### PAYMENT INFORMATION

| ACCOUNT NUMBER | RECORD DATE | CHECK NUMBER | DIVIDEND RATE | PAYABLE DATE | RECORD DATE SHARES |
|---|---|---|---|---|---|
| 2445 | 03/15/13 | 513040966 | $.01000000 | 03/29/13 | 8,400 |

### CURRENT INFORMATION

| GROSS AMOUNT | TAX WITHHELD | CHECK AMOUNT |
|---|---|---|
| $84.00 | $.00 | $84.00 |

### YTD INFORMATION

| GROSS AMOUNT | TAX WITHHELD | NET AMOUNT |
|---|---|---|
| $84.00 | $.00 | $84.00 |

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| | |
|---|---|
| **Name of Bank** | Florida Bank |
| **Account Number** | 3706 |
| **Purpose of Account (Business)** | Personal |
| **Type of Account (e.g., Checking)** | Checking |

| Check Number | Date of Check | Payee | | Purpose or Description | | Amount |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | | N/A | | $0.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | **TOTAL** | | $0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount holding check and anticipated delivery date of check.

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less:  Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
**Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| BayCare Homecare | 3/10/2013 | | $7.98 |
| Lakeland Pathologists | 3/20/2013 | | $7.32 |
| Watson Clinic, LLP | 3/25/2013 | | $9.62 |
| Town of Cape Charles-Utility Billing | 3/1/2013 | | $89.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*** List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH** - Beginning of Month | $0.00 |  |
|  |  |  |
| **BUSINESS CASH RECEIPTS** |  |  |
| Cash Sales |  |  |
| Account Receivable Collection |  |  |
| Loans/Borrowing from Outside Sources (attach list to this report) |  |  |
| Rental Income |  |  |
| Sale of Business Assets (attach list to this report) |  |  |
| Other (specify) (attach list to this report) |  |  |
|  |  |  |
| **Total Business Receipts** | $0.00 |  |
|  |  |  |
| **BUSINESS CASH DISBURSEMENTS** |  |  |
| Net Payroll (Excluding Self) |  |  |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) |  |  |
| Taxes - Payroll |  |  |
| Taxes - Sales |  |  |
| Taxes Other (attach schedule) |  |  |
| Contract Labor (Subcontractors) |  |  |
| Inventory Purchases |  |  |
| Secured/Lease Payments (Business) |  |  |
| Utilities (Business) |  |  |
| Insurance |  |  |
| Vehicle Expenses |  |  |
| Travel & Entertainment |  |  |
| Repairs and Maintenance |  |  |
| Supplies |  |  |
| Charitable Contributions/Gifts |  |  |
| Purchase of Fixed Assets |  |  |
| Advertising |  |  |
| Bank Charges |  |  |
| Other (attach schedule) |  |  |
|  |  |  |
| **Total Business Disbursements** | $0.00 |  |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $0.00 |  |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month March |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | $0.00 | |
| 31 - 60 Days | $0.00 | |
| 61 - 90 Days | $0.00 | |
| Over 90 Days | $0.00 | |
| | | |
| Total Accounts Receivable** | $0.00 | |

* Attach explanation of  any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| **Federal Taxes** | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| **Total Federal Taxes** | | |
| | | |
| | | |
| **State & Local Taxes** | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| **Total State & Local Taxes** | | |
| **Total Post-Petition Taxes** | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit