**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:
BATISTA J. MADONIA, SR.  Case No. 8:13-bk-02895-KRM
a/k/a Batista J. Madonia, Jr.  Chapter 11
and EVELYN M. MADONIA
　　　　　Debtors.
_____/

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION FOR**
**EXTENSION OF TIME TO OBJECT TO DEBTORS' CLAIM OF EXEMPTION**

　　　　This case before the Court on May 30, 2013 at 10 a.m. on the United States Trustee's motion for extension of time to object to the Debtors' claim of exemption. (Dkt. No. 41).  For the reasons stated orally in open court that shall constitute the decision of the Court, it is **ORDERED** that:

　　　　1.　The United States Trustee's motion is granted.

　　　　2.　The deadline to object to the Debtors' claim of exemption is extended to the later of (1) the effective date of the Debtors' confirmed plan of reorganization, (2) the new deadline set by the Court if the case is converted to chapter 7 or 13, or (3) after twenty-eight (28) days after the entry of order approving the appointment of a chapter 11 trustee.

1

3. The deadline to object to the Debtors' claim of exemption is extended for the Debtors' creditors, a trustee, the United States Trustee, or any other party-in-interest.

DONE and ORDERED in Tampa, Florida on June 19, 2013.

**K. Rodney May**
United States Bankruptcy Judge

*Copies furnished to:*

Denise E. Barnett, Esq.
United States Trustee's Office
501 East Polk Street, Suite 1200
Tampa, Florida 33602
denise.barnett@usdoj.gov

All parties listed on recent

Batista J. Madonia, Sr.
aka Batista J Madonia, Jr.
and Evelyn M. Madonia
3208 Polo Place
Plant City, FL 33566

Scott A. Stichter, Esq.
Susan H. Sharp, Esq.
Stichter, Riedel, Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
sstichter.ecf@srbp.com
ssharp.ecf@srbp.com

*/s/ Denise E. Barnett*
Trial Attorney

2