United States Bankruptcy Court
Middle District of Florida

In re:                                                              Case No. 13-02895-KRM
Batista J. Madonia, Sr.                                             Chapter 11
Evelyn M. Madonia
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113A-8         User: esharon           Page 1 of 2              Date Rcvd: Jun 19, 2013
                             Form ID: pdfdoc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2013.
db/jdb         +Batista J. Madonia, Sr.,    Evelyn M. Madonia,    3208 Polo Place,    Plant City, FL 33566-6700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 113A-8          User: esharon              Page 2 of 2              Date Rcvd: Jun 19, 2013
                              Form ID: pdfdoc            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2013 at the address(es) listed below:

```
              Denise E Barnett    on behalf of U.S. Trustee    United States Trustee - TPA
               denise.barnett@usdoj.gov
              Herbert R Donica    on behalf of Creditor    East Coast Agri-Technologies, Inc.
               ecf-hrd@donicalaw.com,    ecf-cd@donicalaw.com;harrison@donicalaw.com;hrdecf@gmail.com
              John H Mueller    on behalf of Creditor    Crop Production Services, Inc. f/k/a UAP Distribution,
               Inc. jmueller@sclegal.com,    jhmsecy@sclegal.com
              Scott A. Stichter    on behalf of Joint Debtor Evelyn M. Madonia sstichter.ecf@srbp.com,
               srbpecf@srbp.com
              Scott A. Stichter    on behalf of Debtor Batista J. Madonia, Sr. sstichter.ecf@srbp.com,
               srbpecf@srbp.com
              Shirley C. Arcuri    on behalf of Creditor    Wauchula State Bank sarcuri1@tampabay.rr.com
              Susan H Sharp    on behalf of Debtor Batista J. Madonia, Sr. ssharp.ecf@srbp.com,    srbpecf@srbp.com
              Susan H Sharp    on behalf of Joint Debtor Evelyn M. Madonia ssharp.ecf@srbp.com,    srbpecf@srbp.com
              Suzy  Tate    on behalf of Creditor     Roggen Enterprises, Inc. suzy@suzytate.com,
               katie@suzytate.com
              United States Trustee - TPA    USTPRegion21.TP.ECF@USDOJ.GOV
              Zachary J Bancroft    on behalf of Creditor    MLIC CB HOLDINGS, LLC zbancroft@bakerdonelson.com,
               sdenny@bakerdonelson.com,fedcts@bakerdonelson.com
              Zachary J Bancroft    on behalf of Creditor    MLIC ASSET HOLDINGS, LLC zbancroft@bakerdonelson.com,
               sdenny@bakerdonelson.com,fedcts@bakerdonelson.com
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:
BATISTA J. MADONIA, SR.  Case No. 8:13-bk-02895-KRM
a/k/a Batista J. Madonia, Jr.  Chapter 11
and EVELYN M. MADONIA
                Debtors.
_____/

**ORDER GRANTING THE UNITED STATES TRUSTEE'S MOTION FOR EXTENSION OF TIME TO OBJECT TO DEBTORS' CLAIM OF EXEMPTION**

This case before the Court on May 30, 2013 at 10 a.m. on the United States Trustee's motion for extension of time to object to the Debtors' claim of exemption. (Dkt. No. 41). For the reasons stated orally in open court that shall constitute the decision of the Court, it is **ORDERED** that:

1.  The United States Trustee's motion is granted.

2.  The deadline to object to the Debtors' claim of exemption is extended to the later of (1) the effective date of the Debtors' confirmed plan of reorganization, (2) the new deadline set by the Court if the case is converted to chapter 7 or 13, or (3) after twenty-eight (28) days after the entry of order approving the appointment of a chapter 11 trustee.

1

3. The deadline to object to the Debtors' claim of exemption is extended for the Debtors' creditors, a trustee, the United States Trustee, or any other party-in-interest.

DONE and ORDERED in Tampa, Florida on _____June 19, 2013_____.

**K. Rodney May**
United States Bankruptcy Judge

*Copies furnished to:*

Denise E. Barnett, Esq.
United States Trustee's Office
501 East Polk Street, Suite 1200
Tampa, Florida 33602
denise.barnett@usdoj.gov

All parties listed on recent

Batista J. Madonia, Sr.
aka Batista J Madonia, Jr.
and Evelyn M. Madonia
3208 Polo Place
Plant City, FL 33566

Scott A. Stichter, Esq.
Susan H. Sharp, Esq.
Stichter, Riedel, Blain & Prosser
110 E. Madison Street, Suite 200
Tampa, FL 33602-4700
sstichter.ecf@srbp.com
ssharp.ecf@srbp.com

*/s/ Denise E. Barnett*
Trial Attorney