# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

IN RE:    Batista J. Madonia, Sr. and
Evelyn M. Madonia
**DEBTORS**

**Case Number: 8:13-bk-2895-KRM**

**JUDGE:    MAY**

**CHAPTER 11**

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD

FROM _____June 1, 2013_____ TO _____June 30, 2013_____

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: _____7/29/13_____

*[signature]*

Gerard A. McHale, Jr.
Gerard A. McHale, Jr., PA, Trustee

Attorney's Address
and Phone Number:
Jordi Guso
Berger Singerman
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Tel. 305-755-9500

Note:  The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.usdoj.gov/ust/r21/index.htm.
1)    Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs)

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

|  | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $259,753.00 | $5,885.86 |
|  |  |  |
| **CASH RECEIPTS** |  |  |
| Salary or Cash from Business |  |  |
| Other Receipts Sources (attach list to this report) | $616.84 | $245,636.45 |
| Interest or Dividend Income |  | $84.40 |
| Alimony or Child Support |  | $0.00 |
| Social Security/Pension/Retirement | $3,427.00 | $10,281.00 |
| Sale of Household Assets (attach list to this report) | $42,300.00 | $42,300.00 |
| Loans/Borrowing from Outside Sources (attach list to this report) |  | $0.00 |
| Other (specify) (attach list to this report) | $0.00 | $35,702.67 |
|  |  |  |
| **TOTAL RECEIPTS** | $46,343.84 | $334,004.52 |
|  |  |  |
| **CASH DISBURSEMENTS** |  |  |
| Alimony or Child Support Payments |  | $0.00 |
| Charitable Contributions |  | $88.00 |
| Gifts |  | $0.00 |
| Household Expenses/Food/Clothing |  | $0.00 |
| Household Repairs & Maintenance |  | $0.00 |
| Insurance | $82,329.13 | $95,885.55 |
| IRA Contribution |  | $0.00 |
| Lease/Rent Payments |  | $0.00 |
| Medical/Dental Payments | $2,500.00 | $2,560.00 |
| Mortgage Payment(s) |  | $0.00 |
| Other Secured Payments |  | $0.00 |
| Taxes - Personal Property |  | $0.00 |
| Taxes - Real Estate |  | $0.00 |
| Taxes Other (attach schedule) |  | $0.00 |
| Travel & Entertainment |  | $0.00 |
| Tuition/Education |  | $0.00 |
| Utilities (Electric, Gas, Water, Cable, Sanitation) |  | $966.85 |
| Vehicle Expenses |  | $0.00 |
| Vehicle Secured Payment(s) |  | $0.00 |
| U. S. Trustee Quarterly Fees |  | $0.00 |
| Professional Fees (Legal, Accounting) |  | $0.00 |
| Other (attach schedule)(check order) |  | $21.76 |
| Inner Company |  | $13,800.00 |
| Transfer/Acct Closings |  | $5,300.51 |
|  |  |  |
| **Total Household Disbursements** | $84,829.13 | $118,622.67 |
|  |  |  |
| **CASH - End of Month** (Must equal reconciled bank statement- Attachment No. 2) | $221,267.71 | $221,267.71 |

**Household Attachment**

| Cash Receipts | Date | Item | Amount |
|---|---|---|---|
| Other Receipts Sources | | | |
| | 6/10/2013 | Transfer fr close of Bank of Tampa account | $388.63 |
| | 6/27/2013 | Misc receipts - Lamar Co. | $83.33 |
| | 6/27/2013 | Misc receipts - Prudential | $77.20 |
| | 6/27/2013 | Misc receipts - Prudential | $67.68 |
| **Total** | | | **$616.84** |
| Sale of Assets | | | |
| | 6/18/2013 | Sale of Vehicles | $42,300.00 |
| | | | **$42,300.00** |
| Social Security/Pension/Retirement | | | |
| | 6/13/2013 | | $1,582.00 |
| | 6/27/2013 | | $1,845.00 |
| **Total** | | | **$3,427.00** |
| **Grand Cash Receipts Total:** | | | **$46,343.84** |

| Cash Disbursement | Date | Item | Amount |
|---|---|---|---|
| Inner company | | | $0.00 |
| **Total** | | | **$0.00** |
| **Grand Cash Disbursement Total:** | | | **$0.00** |

## SCHEDULE OF BUSINESS
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| **CASH - Beginning of Month** | $0.00 | |
| | | |
| **BUSINESS CASH RECEIPTS** | | |
| Cash Sales | | |
| Account Receivable Collection | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Rental Income | | |
| Sale of Business Assets (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| | | |
| **Total Business Receipts** | $0.00 | |
| | | |
| **BUSINESS CASH DISBURSEMENTS** | | |
| Net Payroll (Excluding Self) | | |
| Salary Paid to Debtor or Owner's Draw (e.g., transfer to Household Account) | | |
| Taxes - Payroll | | |
| Taxes - Sales | | |
| Taxes Other (attach schedule) | | |
| Contract Labor (Subcontractors) | | |
| Inventory Purchases | | |
| Secured/Lease Payments (Business) | | |
| Utilities (Business) | | |
| Insurance | | |
| Vehicle Expenses | | |
| Travel & Entertainment | | |
| Repairs and Maintenance | | |
| Supplies | | |
| Charitable Contributions/Gifts | | |
| Purchase of Fixed Assets | | |
| Advertising | | |
| Bank Charges | | |
| Other (attach schedule) | | |
| | | |
| **Total Business Disbursements** | $0.00 | |
| | | |
| **CASH - End of Month** (Must equal reconciled bank statement - Attachment No. 2) | $0.00 | |

| QUESTIONNAIRE | YES* | NO |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business during this reporting period? | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account? | | X |
| 3. Are any post-petition receivables (accounts, notes, or loans) due from any relatives, insiders, or related party? | | X |
| 4. Have any payments been made on pre-petition liabilities this reporting period? | | X |
| 5. Have any post-petition loans been received by the debtor from any party? | | X |
| 6. Are any post-petition payroll taxes past due? | | X |
| 7. Are any post-petition state or federal income taxes past due? | | X |
| 8. Are any post-petition state or local sales taxes past due? | | X |
| 9. Are any post-petition real estate taxes past due? | X | |
| 10. Are any amounts owed to post-petition creditors/vendors delinquent? | | X |
| 11. Are any wage payments past due? | | X |

**\*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. Are all premium payments current? | | X |

**\*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.**
\*We are in the porcess of obtaining quotes from Jennings & Assoc.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY     and     CARRIER | | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

____ Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

| DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD: |
|---|
| |

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Wauchula State Bank | SRBP | | |
| Account Number: | 7325 | N/A | | |
| Purpose of Account (Business/Personal) | Personal | Trust | | |
| Type of Account (e.g. checking) | Checking | Trust | | |
| | | | | |
| 1.  Balance per Bank Statement | $4,815.24 | $218,952.47 | | |
| 2.  ADD:  Deposits not credited (attach list to this report) | | | | |
| 3.  SUBTRACT:  Outstanding Checks (attach list) | $2,500.00 | | | |
| 4.  Other Reconciling Items (attach list to this report) | | | | |
| 5.  Month End Balance (Must Agree with Books) | $2,315.24 | $218,952.47 | | |
| TOTAL OF ALL ACCOUNTS | | | | $221,267.71 |
| | | | | |

Note:  Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information Bank / Account Name  / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note:  Attach a copy of each investment account statement.

p.1



Wauchula State Bank
P.O. Box 248
Wauchula, FL 33873

Customer Service: (863) 773-4151
BankLine 24: (800) 407-6782
www.wauchulastatebank.com

Temp-Return Service Requested

WULA

PERIODIC STATEMENT
Date:   Jul 10, 2013
Period: Jun 11, 2013 to Jul 10, 2013
        (30 Days )

001089 0.7900 MB 0.405        TR00006
BATISTA J MADONIA
PO BOX 2636
PLANT CITY, FL 33564-2636

SIGN UP TODAY FOR FREE DEBIT CARD ALERTS!
With Wauchula State Bank's Debit Card Alerts, you'll receive real time
notifications when you use your WSB Debit Card. Enjoy peace of mind and
call today to activate your FREE Debit Card Alerts, (863) 773-4151

ACCOUNT #: DDA - 000002217325

Batista J Madonia SR
Evelyn M Madonia;DIPCase#:8:13bk2895KRM

Enclosures: 4

Beginning Balance
as of 06/11/13                                          1,160.03
  Deposits & Other Credits                              3,789.21
  Checks & Other Debits                                 4,800.00
  Average Balance                                       2,338.35
Ending Balance
as of 07/10/13                                            149.24

Charges and Fees Related to Overdrafts and Returned Items

```
|                          | Total For This Period |  Total Year-to-Date |
-------------------------------------------------------------------------
| Total Overdraft Fees:    |             0.00 |              0.00 |
-------------------------------------------------------------------------
| Total Returned Items Fees: |           0.00 |              0.00 |
-------------------------------------------------------------------------
```

Transaction Information

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 06/13 | | Deposit | 1,582.00 |
| 06/28 | | Deposit | 2,073.21 |
| 07/01 | | Transfer Withdrawal | 1,000.00- |
| 07/08 | | Deposit | 134.00 |

Page: 1

Member FDIC

NOTICE: See Reverse side for important information



 Wauchula State Bank

Account #: DDA-000002217325

PERIODIC STATEMENT
BATISTA J MADONIA

Jul 10, 2013

Transaction Information (continued)

| Date | Check# | Description | Amount |
|------|--------|-------------|--------|
| 07/10 | | Transfer Withdrawal | 1,300.00- |

Check Information

| Date | Check# | Amount | | Date | Check# | Amount |
|------|--------|--------|---|------|--------|--------|
| 07/01 | 102 | 2,500.00 | | | | |

Daily Balance Information

| Date | Balance | | Date | Balance | | Date | Balance |
|------|---------|---|------|---------|---|------|---------|
| 06/13 | 2,742.03 | | 07/01 | 1,315.24 | | 07/10 | 149.24 |
| 06/28 | 4,815.24 | | 07/08 | 1,449.24 | | | |

Page: 2

WULA-003-001089-001-002-130711 001089   K03



2217325  6/13/2013          $1,582.00          2217325  6/13/2013          $1,582.00 Back

2217325  6/28/2013          $2,073.21          2217325  6/28/2013          $2,073.21 Back

2217325  7/8/2013           $134.00            2217325  7/8/2013           $134.00 Back

2217325  7/1/2013   102     $2,500.00          2217325  7/1/2013   102     $2,500.00 Back

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | Wauchula State Bank |
|---|---|
| Account Number | 000002117325 |
| Purpose of Account (Business) | Personal |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| 102 | 6/25/2013 | Rosemary Madonia | Blue Cross Blue Shield | 2500 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $2,500.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## CASH DISBURSEMENTS DETAILS - HOUSEHOLD

| Name of Bank | SRBP |
|---|---|
| Account Number | N/A |
| Purpose of Account (Business) | Trust |
| Type of Account (e.g., Checking) | Trust |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | Jennings & Associates Insurance | Property Insurance | $68,800.96 |
| | | Jennings & Associates Insurance | General Liability Insurance | 13,528.17 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $82,329.13 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery of check

**CASH DISBURSEMENTS DETAILS - BUSINESS**

| | |
|---|---|
| Name of Bank | |
| Account Number | |
| Purpose of Account (Business) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Check | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

| |
|---|
| |

| ACCOUNTS RECEIVABLE RECONCILIATION (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| Accounts Receivable Beginning Balance | | |
| Plus:  Billings During the Month | | |
| Less: Collections During the Month | | |
| Adjustments or WriteOffs* | | |
| Accounts Receivable Ending Balance** | | |

| ACCOUNTS RECEIVABLE AGING (Pre- & Post- Petition) | Scheduled Amount | Current Month |
|---|---|---|
| 0 - 30 Days | | |
| 31 - 60 Days | | |
| 61 - 90 Days | | |
| Over 90 Days | | |
| | | |
| Total Accounts Receivable** | | |

* Attach explanation of  any adjustment or writeoff.

** The "current month" of these two lines must equal.

| POST-PETITION TAXES | Beginning Tax Liability* | Amount Withheld & or Accrued |
|---|---|---|
| Federal Taxes | | |
| Withholding** | | |
| FICA - Employee | | |
| FICA - Employer | | |
| Unemployment | | |
| Income | | |
| Other (Attach List) | | |
| Total Federal Taxes | | |
| | | |
| | | |
| State & Local Taxes | | |
| Withholding | | |
| Sales | | |
| Unemployment | | |
| Real Property | | |
| Personal Property | | |
| Other (Attach List) | | |
| Total State & Local Taxes | | |
| Total Post-Petition Taxes | | |

* The beginning tax liability should represent the liability from the prior month, or if this is the first report, the amount should be zero

** Attach copies of IRS Form 6123 or your FTD coupon and payment receipt to verify payment or deposit

| ACCOUNTS PAYABLE RECONCILIATION (Post-Petition Only) | | | |
|---|---|---|---|
| | Month | Month | Month |
| | | | |
| Accounts Payable Beginning Balance* | | | |
| Plus:  New Indebtedness During the Month | | | |
| Less: Amount Paid on Acct. Payables in Month | | | |
| Adjustments or WriteOffs** | | | |
| Accounts Payable Ending Balance | | | |

\*   The beginning A/P liability should represent the liability from the prior month, or if this is the first report, the amount should be zero
\*\*Attach explanation for any adjustment or write-off.

| ACCOUNTS PAYABLE LISTING | | | |
|---|---|---|---|
| [List all bills or invoices incurred since the filing of the petition (Post-Petition Only) and have NOT been paid]*** | | | |
| Vendor & Description of Bill/Invoice | Date Incurred | Days Outstanding | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

\*\*\* List any additional payables on a separate sheet and attach to this schedule.

| POST-PETITION STATUS OF SECURED NOTES, LEASES, AND ADEQUATE PROTECTION PAYMENTS | | | | | |
|---|---|---|---|---|---|
| Name of Secured Creditor / Lessor | Scheduled Monthly Payment Due | Total Past Due From Prior Month(s) | Amount Paid During Month | Total Unpaid Postpetition | Total Number of Payments Past Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |